GOLDSMITH & HULL  File No. 106302
JERRY A. WEISSBURG (086729)
18425 Burbank Blvd. Ste. 615
Tarzana, CA 91356-2821
(818) 708-2585  Fax: (818) 996-4537

Attorneys for Plaintiff

CLERK, U.S. DISTRICT COURT ENTERED SEP 17 2001 CENTRAL DISTRICT OF CALIFORNIA

FILED CLERK, U.S. DISTRICT COURT SEP 17 2001 CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. A00-1555 |
| ) | |
| Plaintiff, ) | |
| v. ) | DEFAULT JUDGMENT |
| ) | |
| JAY M. CONEDY AKA JAY CONEDY ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) JAY M. CONEDY AKA JAY CONEDY on _____ for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ.P. 55,

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s), JAY M. CONEDY AKA JAY CONEDY the sum of $2,612.58 principal, $1,651.44 accrued pre-judgment interest, $0.00 penalties/administrative charges, $170.00 court costs, plus $461.26 attorney fees, for a total of $4,895.28 plus interest from August 13, 2001, at the rate of $.50 per day to date of entry of judgment. Judgment to accrue interest at the legal rate until paid.

DATE: 9-17-2001

SHERRI R. CARTER, CLERK OF THE COURT
U.S. District Court Central District of California

BY: _____
DEPUTY CLERK

— Docketed
— Copies/NTC Sent
— JS-5/JS-6
— JS-2/JS-3
— CLSD